IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND D. JACKSON, SR.,

      Plaintiff,                       No. CIV S-09-1261 EFB P

    vs.

B. C. WILLIAMS, et al.,

      Defendants.           <u>ORDER</u>

_____/

      Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

      By order filed February 9, 2010, the court found that plaintiff had stated sufficient charging allegations against defendant Williams and informed plaintiff he could proceed against that defendant only or file an amended complaint that also states a claim against defendants Haydenfield and Hadnell. The court also informed plaintiff that the court would consider his decision to proceed only as to defendant Williams as consent to the dismissal of the remaining defendants. On February 25, 2010, plaintiff returned documents for service against defendant Williams.

Accordingly, it is hereby ORDERED that plaintiff's claims against defendants Haydenfield and Hadnell are dismissed without prejudice.

Dated: March 10, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE