IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND D. JACKSON, SR.,

     Plaintiff,                     No. CIV S-09-1261 WBS EFB P

    vs.

B.C. WILLIAMS, et al.,

     Defendants.               ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On June 17, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days from the date the findings and recommendations were served. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire

1

1  ////

2  file, the court finds the findings and recommendations to be supported by the record and by

3  proper analysis.

4          Accordingly, IT IS HEREBY ORDERED that:

5          1. The findings and recommendations filed June 17, 2011, are adopted in full;

6          2. Plaintiff's access to the courts claim is dismissed with prejudice pursuant to 28

7  U.S.C. § 1915(e)(2);

8          3. Defendant's September 10, 2010 motion for summary judgment is denied as

9  moot; and

10         4. This action proceeds solely on plaintiff's retaliation claim.

11 DATED:  September 14, 2011

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE