IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


RAYMOND D. JACKSON, SR.,

       Plaintiff,                      No. CIV S-09-1261 WBS EFB P

  vs.

B.C. WILLIAMS, et al.,                ORDER & WRIT OF HABEAS CORPUS
                                                        AD TESTIFICANDUM

       Defendants.

_____/

       Raymond Jackson, inmate # C-27148, a necessary and material witness in a settlement conference in this case on January 19, 2012, is confined in California Medical Facility, 1600 California Drive, Vacaville, California, 95696, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison at the U. S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom No. 2 on January 19, 2012 at 1:00 p.m.

       ACCORDINGLY, IT IS ORDERED that:

       1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

       2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, California Medical Facility, P. O. Box 2000, Vacaville, California, 95696:**

       You are **COMMANDED** to produce the inmate named above to testify before Judge Kellison, at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  December 7, 2011.

*[Signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE