IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND D. JACKSON, SR.,

        Plaintiff,                  No. CIV S-09-1261 WBS EFB P

vs.

B.C. WILLIAMS, et al.,             <u>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM</u>

        Defendants.
                                  /

        Raymond Jackson, inmate # C-27148, a necessary and material witness in a settlement conference in this case on January 19, 2012, is confined in California Medical Facility, 1600 California Drive, Vacaville, California, 95696, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison at the U. S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom No. 2 on January 19, 2012 at 1:00 p.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, California Medical Facility, P. O. Box 2000, Vacaville, California, 95696:**

        You are **COMMANDED** to produce the inmate named above to testify before Judge Kellison, at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  December 7, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE