IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND D. JACKSON, SR.,

    Plaintiff,                          No. CIV S-09-1261 WBS EFB P

    vs.

B.C. WILLIAMS, et al.,

    Defendants.                  <u>ORDER</u>

_____/

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On December 8, 2011, the court issued an order for settlement conference and for a writ of habeas corpus ad testificandum for plaintiff to be transported to the conference. In light of plaintiff's December 22, 2011 motion regarding his medical needs, the writ to secure plaintiff's attendance at the settlement conference is vacated and the court will explore other means to proceed with the settlement conference.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (Dckt. No. 42) is granted in that the Order and Writ of Habeas Corpus Ad Testificandum issued on December 8, 2011, (Dckt. No. 40), is vacated. The Clerk of the Court shall serve of a copy of this order on the Custodian and the Out to Court Desk.

Dated: January 3, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE