# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND D. JACKSON, SR.,

       Plaintiff,                      No. CIV S-09-1261 WBS EFB P

  vs.

B.C. WILLIAMS, et al.,                AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM

       Defendants.

_____/

       Raymond Jackson, inmate # C-27148, a necessary and material witness/participant in a settlement conference in this case on January 19, 2012, is confined in California Medical Facility, 1600 California Drive, Vacaville, California, 95696, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison at the U. S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom No. 2 on January 19, 2012 at 11:00 a.m.

       ACCORDINGLY, IT IS ORDERED that:

       1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a one-day settlement conference to commence on January 19, 2012, at the time and place above and in the manner listed in paragraph 2 below, until completion of the settlement conference; and thereafter to return the inmate to the above institution.

       2. Because of plaintiff's stated medical needs (*see* Dckt. No. 42), the Warden shall comply with this Order and Writ by transporting plaintiff to the January 19, 2012 settlement conference from the California Medical Facility no earlier than January 19, 2012, and returning plaintiff directly to the California Medical Facility at the end of business on the same day. If the Warden is unable to comply with these transportation conditions, he or his designee shall contact the chambers of the undersigned at (916) 930-4170 <u>prior</u> to transportation.

       3. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

       4. The Clerk of the Court is directed to fax a courtesy copy of this Order and Writ to the Litigation Coordinator at California Medical Facility at (707) 469-6006.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, California Medical Facility, P. O. Box 2000, Vacaville, California, 95696:**

       You are **COMMANDED** to produce the inmate named above to testify before Judge Kellison, at the time, place and in the manner listed above, until completion of the settlement conference on January 19, 2012; and thereafter to return the inmate to the above institution.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: January 9, 2012.

                                                          */s/ Edmund F. Brennan*
                                                          EDMUND F. BRENNAN
                                                          UNITED STATES MAGISTRATE JUDGE