IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND D. JACKSON, SR.,

      Plaintiff,                        No. CIV S-09-1261WBS EFB P

      vs.

B.C. WILLIAMS, et al.,

      Defendants.               ORDER

      The January 25, 2012 minutes for a telephonic settlement conference held the same day indicate that the above-captioned case has settled. *See* Dckt. No. 48. Accordingly, the undersigned orders that dispositional documents be filed not later than ninety days from the date of this order. Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order.

      So ordered.

DATED: January 26, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE