IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND D. JACKSON, SR.,** | Case No. 2:09-cv-1261 EFB (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **B.C. WILLIAMS, et al.,** | |
| Defendants. | |

Defendant's request for an extension of time to comply with the Court's Order requiring the parties to file dispositional documents by April 25, 2012, and plaintiff's motion to compel defendant to comply with the Court's Order, were considered by this Court, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant is granted thirty days, to and including May 25, 2012, to comply with the Court's Order.  **IT IS FURTHER ORDERED** that plaintiff's April 16, 2012 motion to compel defendant to comply with the Court's Order is denied.

Dated:  April 26, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE